UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00028-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AMANDA BARBARA NICOLE TAYLOR,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's "Motion to Dismiss Without Prejudice" (#3), by which the government moves to dismiss the Bill of Indictment against Defendant. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's "Motion to Dismiss Without Prejudice" (#3) is **GRANTED**, and the Indictment is **DISMISSED** without prejudice.

The Clerk of Court is respectfully requested to certify copies of this Order to the U.S. Probation Office and the U.S. Attorney's Office.

Signed: March 10, 2016

Max O. Cogburn Jr.
United States District Judge